UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20431-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO HAYNES,

    Defendant.

_____

## REPORT AND RECOMMENDATION OF CHANGE OF PLEA

**THIS CAUSE**, having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the defendant in the above-referenced case, and this Court, having conducted a change of plea hearing recommends to the District Court as follows:

    1.    On February 6, 2007 this Court convened a hearing to permit the defendant to enter a change of plea in the aforementioned matter. This Court advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further,

1

this Court advised the defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the agreement of the defendant, the defendant's attorney and the Assistant United States Attorney assigned to this case.  This Court further advised the defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. This Court advised the defendant that the defendant did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge.  The defendant, the defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is no written plea agreement in this case.  The defendant pled guilty to the Indictment as follows:

> In violation of Title 18, United States Code, Section 111(a)(1), the defendant, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18,

United States Code, Section 1114, that is, a federal correctional officer, while said person was engaged in and on account of the performance of official duties.

5. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crime to which the defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalty in respect to the Indictment. The defendant acknowledged the possible maximum penalty which could be imposed in this case.

6. Based upon all of the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to the Indictment, as more particularly described herein, and that the defendant be adjudicated guilty of the offense.

7. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **FRIDAY, APRIL 20, 2007** at **1:30pm**, at the United States District Court, Southern District of Florida, in the James Lawrence King Federal Justice Building, 11th Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida.

**ACCORDINGLY,** the undersigned recommends to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offense to which

a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Donald L. Graham.

**DONE AND SUBMITTED** at Miami, Florida, this **6th** day of February, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc:  Benton Curtis, AUSA
U. S. Attorney's Office
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111

Anne Lyons, AFPD
Federal Public Defender's Office
150 West Flagler Street, Suite 1700
Miami, FL 33130-1556

United States Probation, U.S. District Court